IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
DEC 17 2012
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:12CR425-1 |
| JADONAVAN O'BRYANT JOHNSON | : |

The Grand Jury charges:

On or about March 30, 2011, in the County of Alamance, in the Middle District of North Carolina, JADONAVAN O'BRYANT JOHNSON, having three previous convictions in any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another, and each conviction being for a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Winchester 12 gauge shotgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL:

_____
T. NICK MATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY